United States District Court
Eastern District of Louisiana

Henderson Ford

vs

LA 42

CIVIL ACTION 18-5038

SECT. A MAG. 1

Section

## Complaint

### Jurisdiction

Americans with Disabilities Act of 1990, 42 § 12181

Add 42; 12:182

### Supplemental Jurisdiction

Louisiana Civil Rights for Person with Disabilities Act; R.S. 46:2253 and R.S. 46:2286(N)

### Parties

Plaintiff Henderson Ford

Defendant LA 42

TENDERED FOR FILING

MAY 17 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

__ Fee _lawyer_
__ Process
X  Dktd
__ CtRmDep
__ Doc. No.

## Complaint

(1) Plaintiff contends that on/or about February 25, 2018, Plaintiff try to go in LA Fitness but was denied access to the business because the business do not have a handicap ramp for person in a wheelchair.

(2) Plaintiff contends that he is handicap because his right leg is cutoff (6) inches below his knee.

(3) On March 1, 2018 Plaintiff sent the Defendants a Notice of Action, explaining how the Defendant is violating the American with Disabilities Act

(4) Plaintiff contends that the Defendant never answer or respond to the notice of Action

(5) Plaintiff contends that the Defendant denied Plaintiff his enjoyment of life to go freely no podium of place of Accommodation

## Relief

(1) The Defendant to pay all court cost

(8) PLAINTIFF REQUEST TRIAL BY JURY

(9) THE DEFENDANT TO PAY PLAINTIFF TWENTY-FIVE Thousand dollars ($25,000) FOR DENYING HIM NO ENJOYMENT OF LIFE

(10) THE DEFENDANT TO PAY PLAINTIFF TWENTY-FIVE thousand dollars ($25,000) FOR VIOLATING HIS CIVIL RIGHTS UNDER AMERICANS with DISABILITIES ACT.

(11) THE DEFENDANT to PAY PLAINTIFF TWENTY-FIVE THOUSAND dollars ($25,000) FOR VIOLATING his civil rights under Louisiana civil rights For persons with Disabilities Act

(12) PLAINTIFF TO BE AWARDED COST

Thus done on this Date of May 17, 2018

Respectfully submitted
Henderson Fue
HENDERSON FUE
2134 FRANKLIN AVE
NEW ORLEANS LA 70117
(504) 900-8870